

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00119-CV

IN RE TIMMY RAY CALDWELL                                            RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's second petition for writ of mandamus and the State's response to the petition and is of the opinion that relief should be denied. Accordingly, relator's second petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: June 10, 2010

---

[1]See Tex. R. App. P. 47.4.